IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

A<span>DELINA</span> G<span>ARCIA</span>, ET. AL.,

    Plaintiffs,

vs.                  Case No. 06-2198-JTM

T<span>YSON</span> F<span>OODS</span>, I<span>NC</span>. ET. AL.,

    Defendants.

## ORDER

The court orders the parties to file simultaneous briefs no longer than five pages (of argument) regarding the proper scope of compensable time in this case and whether the "actual time" or "reasonable time" methodology is appropriate. The parties shall file their briefs by February 25, 2011.

IT IS ACCORDINGLY ORDERED this 15th day of February, 2011.

                                                 s/ J. Thomas Marten
                                                 J. THOMAS MARTEN, JUDGE