# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ADELINA GARCIA, ANTONIO GARCIA, and JERONIMO VARGAS-VERA, individually, and on behalf of a class of others similarly situated** | |
| **Plaintiffs,** | **Case No.  06-2198-JWL-DJW** |
| **v.** | |
| **TYSON FOODS, INC., and TYSON FRESH MEATS, INC.,** | |
| **Defendants.** | |

## PLAINTIFFS' POST-BIFURCATION EXHIBIT LIST FOR FINNEY COUNTY

Plaintiffs hereby submit their post-bifurcation exhibit list.  The Court has instructed the parties to prepare a witness list based on the documents they reasonably believe they will use at trial.  Because the trial will now be for Finney County only, Plaintiffs have revised their list, but specifically reserve the right to amend this list if the need arises.

| Exhibit # | Bates #/ Deposition Ex # | Description |
|---|---|---|
| 1 | Declaration of Kenneth Kimbro | DEPEX001 |
| 2 | IBP Letter re DOL investigation | DEPEX002 |
| 3 | IBP Letter re settlement of Herman | DEPEX003 |
| 4 | IBP Letter re DOL investigation | DEPEX004 |
| 5 | DOL Opinion Letter | DEPEX005 |
| 6 | DOL Opinion Letter | DEPEX006 |
| 7 | Secretary of Labor's Surreply to Defendant IBP, Incs. Reply in Alexis Herman case | DEPEX007 |
| 8 | Declaration of Kenneth Kimbro | DEPEX008 |

| 9 | Tyson Webpage re Team Member Bill of Rights | DEPEX010 |
|---|---|---|
| 10 | Declaration of Paul Karkiainen | DEPEX011 |
| 11 | Notice of Video Deposition of Rule 30(b) Witness | DEPEX012 |
| 12 | Tyson Foods Form 10-K | DEPEX013 |
| 13 | Payrate tracking spreadsheet | DEPEX014 |
| 14 | Payrate tracking spreadsheet | DEPEX015 |
| 15 | Consent Judgment in Solis case | DEPEX016 |
| 16 | Time approval | DEPEX017 |
| 17 | E-mail from Tomas Deleon to Tammy Morris re line time | DEPEX018 |
| 18 | Payroll data spreadsheet for Finney County | DEPEX019 |
| 19 | Payroll data spreadsheet | DEPEX020 |
| 20 | Cost codes | DEPEX021 |
| 21 | CD of Finney County and Emporia Data productions | DEPEX022 |
| 22 | Chart - Minute Conversion | DEPEX023 |
| 23 | IBP Form 316 | DEPEX024 |
| 24 | Time Study spreadsheet for Finney Processing | DEPEX025 |
| 25 | Time Study spreadsheet for Finney Slaughter | DEPEX026 |
| 26 | Memo from Mike Fiehler re: Changes in the work day | DEPEX027 |
| 27 | Emporia presentation re Wage and Hour Meeting  K=Code | DEPEX028 |
| 28 | Memo from Paul Kirchner re Document Preservation-Amended Notice | DEPEX029 |
| 29 | Memo re Garcia document gathering process | DEPEX030 |
| 30 | Memo re ESI Process in Garcia v Tyson | DEPEX031 |
| 31 | Personal Protective Equipment list | DEPEX032 |

| 32 | Emporia work time schedule | DEPEX034 |
| 33 | Emporia Payroll spreadsheet | DEPEX035 |
| 34 | Emporia Punch  spreadsheet | DEPEX036 |
| 35 | Emporia Plant Floor Plan | DEPEX037 |
| 36 | Tyson Objections and Responses to Second Interrogatories | DEPEX038 |
| 37 | Job Description-Whizard Head | DEPEX039 |
| 38 | Job Description - Hang Paunch | DEPEX040 |
| 39 | Job Description - Dump Paunch | DEPEX041 |
| 40 | Job Description - Lipper | DEPEX042 |
| 41 | Job Description - Trim Lobe/Head Meat | DEPEX043 |
| 42 | Job Safety Analysis - Finney | DEPEX044 |
| 43 | Job Safety Analysis | DEPEX045 |
| 44 | Job Safety Analysis | DEPEX046 |
| 45 | Job Safety Analysis | DEPEX047 |
| 46 | Job Safety Analysis | DEPEX048 |
| 47 | Job Safety Analysis | DEPEX049 |
| 48 | Job Safety Analysis | DEPEX050 |
| 49 | Policy re Training handout for Finney County re locker and personal protective equipment | DEPEX051 |
| 50 | Policy re Training handout for Finney County re safety | DEPEX052 |
| 51 | Memo from Tysha Smith re QA Procedures Summary | DEPEX053 |
| 52 | Policy re Tyson Policy re Personal Hygiene | DEPEX054 |
| 53 | Handbook - US Department of Agriculture Sanitation Handbook | DEPEX055 |
| 54 | Policy - Tyson Policies and Procedures re Sanitation and Personal Hygiene | DEPEX056 |

| 55 | Policy - Personal Protection Equipment Policy for Finney County | DEPEX057 |
|----|------------------------------------------------------------------|----------|
| 56 | Policy - Personal Protection Equipment Policy for Finney County | DEPEX058 |
| 57 | New Employee/Supervisor checklist | DEPEX059 |
| 58 | IBP Memo from Sharon Beals re GMP Policy Update | DEPEX060 |
| 59 | GFSI Training Record | DEPEX061 |
| 60 | Employee Ergonomics Feedback Form | DEPEX062 |
| 61 | Chart of Personal Protective Equipment for Mark Knuckles | DEPEX063 |
| 62 | Memo from A-Shift Slaughter re Safety Program upgrades | DEPEX064 |
| 63 | IBP Form 316 | DEPEX065 |
| 64 | E-mail from Rick Nimrick re Boots re Steel Toe and Specialty Boots | DEPEX066 |
| 65 | Policy re Tyson Policies and Procedures re Sanitation and Personal Hygiene | DEPEX067 |
| 66 | Policy re Training handout for Finney County | DEPEX068 |
| 67 | Tyson Orientation Training Program re Safety | DEPEX069 |
| 68 | Daily Safety  Reminder | DEPEX070 |
| 69 | Policy re Tyson Safety violation policy | DEPEX071 |
| 70 | Handbook - Supervisor's Safety Meetings  Handbook | DEPEX072 |
| 71 | Supervisors Daily Report | DEPEX073 |
| 72 | Supervisors Daily Report | DEPEX074 |
| 73 | Calendar Card Reporting | DEPEX075 |
| 74 | Daily Green cards | DEPEX076 |
| 75 | Good Manufacturing Practices and Food Safety Systems Audit for Tyson Foods: Holcomb, KS Fresh Meats | DEPEX077 |
| 76 | Job Safety Analysis | DEPEX078 |

| 77 | Job Safety Analysis | DEPEX079 |
|---|---|---|
| 78 | Job Safety Analysis | DEPEX080 |
| 79 | Job Safety Analysis | DEPEX081 |
| 80 | Job Safety Analysis | DEPEX082 |
| 81 | Finney County Slaughter time study | DEPEX083 |
| 82 | Floor plan for the Finney County plant | DEPEX084 |
| 83 | Time Study spreadsheet for Emporia Slaughter | DEPEX084A |
| 84 | Blueprint f the Finney County Processing Floor | DEPEX085 |
| 85 | Job Safety Analysis | DEPEX086 |
| 86 | Time study for Emporia Processing | DEPEX086A |
| 87 | Letter from Genaro Saenz  re supervisors in bathrooms | DEPEX087 |
| 88 | Time Study for Finney County Slaughter | DEPEX087A |
| 89 | Memo re Finney County Good Manufacturing Practice and Employee Personal Hygiene Policies | DEPEX088 |
| 90 | Supervisors Daily Report | DEPEX089 |
| 91 | Dr. Paul Adams report in Garcia | DEPEX090 |
| 92 | E-mail from Paschal to Adams are materials | DEPEX092 |
| 93 | Dr. Paul Adams data spreadsheet re time stamps for camera at Finney County | DEPEX095 |
| 94 | Dr. Paul Adams spreadsheet re Article Start/Stop Definitions for Donning/Doffing Activities for Finney County | DEPEX096 |
| 95 | E-mail from Evangelin to Adams re Garcia plant visit staffing | DEPEX098 |
| 96 | Dr. Paul Adams Content Descriptions for Scope-of-Work Phases for Tyson Time Studies at Garden City and Emporia | DEPEX099 |

| 97 | Dr. Paul Adams billing materials | DEPEX100 |
|---|---|---|
| 98 | Dr. Paul Adams proposal for Time Study for Garcia | DEPEX101 |
| 99 | Dr. Paul Adams notes on Finney County/Emporia Raw Validation/Demo Data | DEPEX102 |
| 100 | Dr. Paul Adams Validation charts for Finney County and Emporia | DEPEX103 |
| 101 | Dr. Paul Adams data collection sheet for Doffing for Angus - Finney County | DEPEX112 |
| 102 | Dr. Paul Adams data collection sheet for Doffing for Cleaning - Finney County | DEPEX113 |
| 103 | Camera locations for Finney County | DEPEX114 |
| 104 | Dr. Paul Adams Tyson Finney County Time study for Donning/Doffing data summary | DEPEX115 |
| 105 | Camera locations for Finney County for Cleaning | DEPEX116 |
| 106 | Dr. Paul Adams notes | DEPEX117 |
| 107 | Dr. Paul Adams' s Hard Drive | DEPEX118 |
| 108 | E-mail re Document Subpoena for Robert Radwin | DEPEXRADWIN00001 |
| 109 | CD of Radwin's documents | DEPEXRADWIN00002A |
| 110 | CD of Radwin's e-mail | DEPEXRADWIN00002B |
| 111 | Dr. Robert Radwin's Report in Garcia | DEPEXRADWIN00003 |
| 112 | E-mail to Radwin re Draft Report | DEPEXRADWIN00004 |
| 113 | E-mail from Dirks to Radwin re count of job departments in Emporia and Finney County | DEPEXRADWIN00020 |
| 114 | E-mail from Dirks to Radwin re shift times | DEPEXRADWIN00021 |
| 115 | E-mail from Dirks to Radwin re Tyson chart of required sanitary and protection clothing | DEPEXRADWIN00022 |
| 116 | E-mail from Dirks to Radwin re list of protective gear | DEPEXRADWIN00023 |
| 117 | E-mail from Dirks to Radwin re Redline to Tyson's protective order | DEPEXRADWIN00024 |

| 118 | E-mail from Dirks to Radwin re updated redline to protective order | DEPEXRADWIN00025 |
| 119 | E-mail from Dirks to Radwin re Finney County inspection | DEPEXRADWIN00026 |
| 120 | E-mail from Radwin to Dirks re list the transcribed Finney County and employee names | DEPEXRADWIN000281 |
| 121 | Radwin print screen of Finney County analysis files | DEPEXRADWIN00029 |
| 122 | Radwin Print screen of Emporia analysis files | DEPEXRADWIN00030 |
| 123 | Radwin spreadsheet of Finney County Don/Doff Durations | DEPEXRADWIN00031 |
| 124 | Radwin spreadsheet of Finney County Break durations | DEPEXRADWIN00032 |
| 125 | Radwin spreadsheet of Emporia Don/Doff durations | DEPEXRADWIN00033 |
| 126 | Radwin spreadsheet of Emporia Break durations | DEPEXRADWIN00034 |
| 127 | Radwin spreadsheet of Finney Count locker equipment times | DEPEXRADWIN00035 |
| 128 | Radwin spreadsheet of Emporia locker equipment times | DEPEXRADWIN00036 |
| 129 | Radwin spreadsheet of Tyson Beef Finney County Extraneous events | DEPEXRADWIN00037 |
| 130 | Radwin spreadsheet of Emporia extraneous events | DEPEXRADWIN00038 |
| 131 | Book: Niebel's Methods, Standards and Work Design | DEPEXRADWIN00061 |
| 132 | Dr. Paul Adams report in Garcia | DEPEXRADWIN00062 |
| 133 | Disciplinary notice for Jeronimo Vargas Vera | DEPEXVARGAS00003 |
| 134 | Disciplinary notice for Jeronimo Vargas Vera | DEPEXVARGAS00004 |
| 135 | Personnel File Disciplinary notice for Jeronimo Vargas Vera | DEPEXVARGAS00005 |
| 136 | Accident Report for Maria Hernandez | TGE00597398 |
| 137 | Area Plants Comparison | TGE00021391 |
| 138 | Attendance Calendar | TGE00021520 |
| 138 | Attendance Calendar | TGE00021572 |

| 138 | Attendance Calendar | TGE00021639 |
|-----|---------------------|-------------|
| 138 | Attendance Calendar | TGE00047478 |
| 138 | Attendance Calendar | TGE00047496 |
| 139 | Audit - Global Standard for Food Safety Audit report | TGE00042549 |
| 140 | Audit - Good Manufacturing Practices and Food Safety Systems Audit for Holcomb, KS | TGE00365348 |
| 141 | Audit - IBP In-House Audited Activities | TGE00145372 |
| 142 | Audit - Tyson Foods Internal Audit - Payroll Narrative | TGE00401311 |
| 143 | Audit - Winn-Dixie Stores Supplier Inspection checklist for Tyson Foods | TGE00365379 |
| 144 | Base Rate chart - Overview of Tyson Beef Base Rates vs. Competitor Base Rates | TGE00144628 |
| 145 | Base Rate chart for Beef - Slaughter | TGE00144633 |
| 146 | Blue Print of Finney County Facility | |
| 147 | Blueprint - Finney County Meatmaster Layout Version 310 50/50 System only | TGE00253671 |
| 148 | Blueprint of Finney Co Meatmaster Layout Version 32 | TGE00231240 |
| 149 | Blueprint schematic of Finney chain | TGE00253672 |
| 150 | Blueprint schematic of Finney processing conveyor chain | TGE00230885 |
| 151 | Blue Print of Finney County Facility | |
| 152 | Bulletin re HR Spring Conference | TGE00142794 |
| 153 | Certification - Food Safety re Eviscertion | TGE00079087 |
| 154 | Chart - slaughter cost comparison across facilities | TGE00150932 |
| 155 | Chart of Finney County PPE List | T06859 |
| 156 | Chart of K code time | TGE00162585 |
| 157 | Chart of Personal protective equipment | TGE00058296 |

| 158 | Chart of Personal protective equipment | TGE00058295 |
|---|---|---|
| 159 | Chart of Personal protective equipment Hazard assessment | TGE00022202 |
| 160 | Chart of processing cost comparison across facilities | TGE00150840 |
| 161 | Checklist - Team member | TGE00097435; TGE00097436; TGE00097453; TGE00097454; |
| 162 | Code of Conduct - Tyson | TGE00043412 |
| 163 | CT of Gang Time Change | TGE00604661 |
| 164 | Compilation of Daily Green Cards Checklist Produced by Tyson | |
| 165 | Declaration of Hemanth Salem | |
| 166 | E-mail from  Rojas re GFSI Training Record | TGE00394672; TGE00394673 |
| 167 | E-mail from Bernis re Training document and record | TGE00208466; TGE00208467 |
| 168 | E-mail from Brooks re Pre/Post shift compensation | TGE00144652 |
| 169 | E-mail from Cebuhar re McDonald's Social Accountability | TGE00270977 |
| 169D | Code of Conduct for McDonald's Corporation | TGE00271025 |
| 169C | Code of Conduct  - McDonald's Corporation for suppliers | TGE00271019 |
| 169C | Tyson's Beef Packer List | TGE00271045 |
| 169D | McDonald's Accountability Execution and Communication steps | TGE00271047 |
| 169A | Presentation - Welcome to the Social Accountability Training Course | TGE00270978 |
| 169B | Presentation McDonalds's Social Accountability Program Steps | TGE00271001 |
| 170 | E-mail from Cook re Edit for Break | TGE00354825 |
| 171 | E-mail from Cooper re Rib Tails | TGE00208505; TGE00208506 |
| 172 | E-mail from Cooper re Trim Lifter meat | TGE00208500; TGE00208501 |
| 173 | E-mail from Cooper re Trim Short Rib | TGE00208502; TGE00208503 |
| 174 | E-mail from Cooper re Trim Short ribs | TGE00208507; TGE00208508 |

| 175 | E-mail from Cruz re Pay practices | TGE00337193 |
| 176 | E-mail from Danilson re QA & MS Time cards - Note Approved Policies | TGE00355331; TGE00355332 |
| 177 | E-mail from Duncan re question | TGE00360694 |
| 178 | E-mail from Gonzales re Accident investigation report on Roxana | TGE00058287 |
| 179 | E-mail from Hedquist re work comp system | TGE00078517 |
| 180 | E-mail from Hofer re script for wage and hour meeting | TGE00372309; TGE00372310 |
| 181 | E-mail from Hofer re WH project | TGE00372434; TGE00372435 |
| 182 | E-mail from Hong re Safety | TGE00094525 |
| 183 | E-mail from Jepsen re lawsuits | TGE00373237 |
| 184 | E-mail from Jepsen attaching Paul Karkiainen guarantee | TGE00198371; TGE00198372 |
| 185 | E-mail from Jepsen re pre/post shift compensation | TGE00162581 |
| 186 | E-mail from Karkiainen re OSHA Citations | TGE00097217 |
| 187 | E-mail from Kinney re safety equipment checklist; | TGE00331706; TGE00331707 |
| 188 | E-mail from Litras re final report | TGE-00891428; TGE-00891429 |
| 189 | E-mail from Litras re Org Chart Beef Pork | TGE00353663; TGE00353664 |
| 190 | E-mail from Litras re Pre and Post activity minutes adjustment | TGE00143030 |
| 191 | E-mail from Masters re K-Time for Finney | TGE00151850 |
| 192 | E-mail from Masters re pay hourly team members correctly | T06887 |
| 193 | E-mail from McIntyre re audit report | TGE00365383 |
| 193A | Audit | TGE00365384 |
| 193B | Audit - Wendy Supplier Addendum for Tyson Foods | TGE00365415 |
| 194 | E-mail from McIntyre re org chart | TGE00364257; TGE00364258 |
| 195 | E-mail from Moore re frock discussion | TGE00386344 |

| 196 | E-mail from Nimrick re Boot policies | TGE00329150; TGE00329151 |
|---|---|---|
| 197 | E-mail from Nimrick re Script | TGE00372423; TGE00372424 |
| 198 | E-mail from Nimrick re Sunshine Time | TGE00162325 |
| 199 | E-mail from Nimrick re Footwear | TGE00361397 |
| 200 | E-mail from Olson re Fresh Meats T&A | TGE00355162 |
| 201 | E-mail from Olson re Fresh Meats T&A | TGE00355164 |
| 202 | E-mail from Paschal attaching List of Finney Departments with Gang time | TGE00600618 |
| 203 | E-mail from Pautsch to Lochner re W&H Evaluation Memo and powerpoint re Script for Wage and Hour meeting | TGE-00893504; TGE-00893505 |
| 204 | E-mail from Rangel re time edits | TGE00355058 |
| 205 | E-mail from Rodriguez re Switching to T&A | T06907 |
| 206 | E-mail from Rojas re GFSI Training record | TGE00383408; TGE00383409 |
| 207 | E-mail re attaching video of Knife steeling orientation | E02128391 |
| 208 | Employee handbook | T02018 |
| 209 | Expert Report from Dr. Konz re Engineering Analysis of Pre and Post Shift Times IPB, Inc. | TG-0001184 |
| 210 | Finney County Daily statistics | TGE00022374 |
| 211 | Finney County PPE List | TGE00056668 |
| 212 | Finney County PPE List | TGE00056295 |
| 213 | Finney County PPE List | TGE00056671 |
| 214 | Finney County PPE List | TGE00078527 |
| 215 | Food Safety Certification re Hide Opening | TGE00079101 |
| 216 | Food Safety Certification re Mechanical Hide Pullers | TGE00079102 |
| 217 | Food Safety Certification re Mechanical Hide Pullers | TGE00079095 |

| 218 | Food Safety Certification re Mechanical Hide Pullers | TGE00079088 |
|-----|-----|-----|
| 219 | Food Safety Certification re Steam Vacuum | TGE00079094 |
| 220 | Food Safety Certification re Steam Vacuum | TGE00079089 |
| 221 | Form - Team Member Orientation training | T02773 |
| 222 | GFSI Training Record | TGE00049233 |
| 223 | GFSI Training Record | TGE00049224 |
| 224 | Guidelines for Restroom | TGE-00892729 |
| 225 | Handwritten note re 4 minutes | TGE00144683 |
| 226 | Handwritten note re disciplinary action | TGE00093992 |
| 227 | Handwritten note re minutes | TGE00143031 |
| 228 | IBP Company Policy- New PPE Requirements for Beef slice | TG-0002592 |
| 229 | Compilation of IBP Form 316 - Produced by Tyson | |
| 230 | IBP Memo from Gerleman re Time clock method change follow up | TG-0003337 |
| 231 | IBP Memo from Kimbro re Wage and Hour Policy | T02262 |
| 232 | IBP Memo re Time and Attendance announcement | TG-0003645 |
| 233 | IBP News Release re Voluntary Pay Announcements | TG-0003603 |
| 234 | IBP Policy and Procedures | TGE00021392 |
| 235 | IBP Supervisor Daily Report | TGE00094537 |
| 236 | Injury & Illness Report | TGE00078534 |
| 237 | Injury Report | TGE00078505; TGE00078509; TGE00078511; TGE00078512; TGE00078539; TGE00078556; TGE00078567 |
| 238 | Compilation of Job descriptions produced by Tyson | TGE00058533-34; TGE00058538; TGE00058544-46; TGE00058548; TGE00058551-56;  TGE00094061 |
| 239 | Compilation of Job Safety Analyses Produced by Tyson | |

| 240 | Compilation of Job Safety Analyses identified After Request for Admission Process | |
| 241 | Compilation of Job Safety Analyses - Stipulated to Authenticity | |
| 242 | Labor report - Finney County Slaughter | TGE00209291 |
| 243 | List - Finney crew and shift times | TGE00142574 |
| 244 | List of codes for time record keeping | T02338 |
| 245 | List of PPE -- Finney County | TGE00048367 |
| 246 | Manual - Tyson Code of Conduct | TGE00162540 |
| 247 | Memo from DOL re definitions of clothes changing dated 6/16/10 | |
| 248 | Memo from Fiehler re Changes in the Work day | TGE00600605 |
| 249 | Memo from Kimbro re Time and Attendance Announcement | TGE00355303 |
| 250 | Memo from Kirchner re Document Preservation | T08903 |
| 251 | Memo re Changes in Work day | TGE00896899 |
| 252 | Memo re Compensation protocol | TGE00663014 |
| 253 | Memo re Pre/Post Shift Options (5/27/09) | TGE-00891427 |
| 254 | Memo re proposal for time change | TGE00882800 |
| 255 | Memo re proposal for time change | TGE00882788 |
| 256 | Memo re Safety Upgrade | TGE00059246 |
| 257 | Memo re Script for Wage and Hour Meetings | TGE00370395 |
| 258 | Memo re shift time analysis | TGE00882808 |
| 259 | Memo re Wage and Hour Procedural Changes | TGE00162311 |
| 260 | Memo re What really happened in Pasco | TGE00143503 |
| 261 | Organizational Chart | TGE00144153 |
| 262 | Organizational chart | TGE00389620 |

| 263 | Organizational chart | TGE00142796 |
|-----|----------------------|-------------|
| 264 | Organizational chart | TGE00198365 |
| 265 | Organizational chart | T02928 |
| 266 | Organizational chart | TGE00056954 |
| 267 | Organizational chart for Finney County Complex | T02897 |
| 268 | Paystubs for Adelina Garcia | PLTF00017 |
| 269 | Paystubs for Antonio Garcia | PLTF00001 |
| 270 | Paystubs for Jeronimo Vargas Vega | PLTF00019 |
| 271 | Pleading - Consent Judgment - Solis | |
| 272 | Pleading - Notice in Garcia case | TGE00047410 |
| 273 | Pleading - Request to Opt out - Garcia | TGE00047414 |
| 274 | Policy - IBP Orientation Program | TGE00079072 |
| 275 | Policy - Tyson Beef Food Safety & Quality Assurance for Beef Slaughter | T06854 |
| 276 | Policy re Attendance | TGE00143608 |
| 277 | Policy re Attendance | TGE00048793 |
| 278 | Policy re Attendance | TGE00078596 |
| 279 | Policy re Attendance | TGE00143615 |
| 280 | Policy re Attendance re training | TGE00029714 |
| 281 | Policy re Clock in/clock out | T06865 |
| 282 | Policy re Clocking in and out | TGE00502805 |
| 283 | Policy re Clocking in policy | T06888 |
| 284 | Policy re clocking in/clocking out | T03445 |
| 285 | Policy re Finney County orientation sanitation and Food safety | TGE00048621 |
| 286 | Policy re Food Safety & Quality Assurance | TGE00056962 |

| 287 | Policy re Good Manufacturing Practice and Employee Personal Hygiene | TGE00166555 |
| 288 | Policy re Hourly Attendance | TGE00142722 |
| 289 | Policy re Personal Hygiene | TGE00056967 |
| 290 | Policy re Personal Protective Equipment | TGE00094619 |
| 291 | Policy re Procedures for Clocking in & out | TGE00029691 |
| 292 | Policy re Procedures re Beef Food Safety Quality Assurance | TGE00048610 |
| 293 | Policy re Sanitation Handbook | TGE00048631 |
| 294 | Policy re Sanitation Operating Procedures | TGE00043012 |
| 295 | Presentation for wage and hour meeting | TGE00372425 |
| 296 | Presentation for wage and hour meeting | TGE00372414 |
| 297 | Presentation re Clocking in and Out | E06442600 |
| 298 | Presentation re HACCP Sanitation and Personnel Hygiene | E06442511 |
| 299 | Presentation re Product Adulteration Program | E06442515 |
| 300 | Presentation re Restroom Guidelines | E06442553 |
| 301 | Presentation re Security at the plant | E06442449 |
| 302 | Presentation re wage and hour meeting | TGE00372311 |
| 303 | Report - Slaughter Plant Capacity/Labor rate analysis | TGE00145085 |
| 304 | Report re Finney County K Code | TGE00143318 |
| 305 | Safety Awareness for all departments | TGE00058301 |
| 306 | Compilation of Safety Checklist | |
| 307 | Spreadsheet of Example weekly Gross Pay | TGE00882787 |
| 308 | Spreadsheet of Location codes and department codes | TGE00048795 |
| 309 | Spreadsheet of time change | TGE00882782 |

| 310 | Spreadsheet of Pre/Post Shift Activities Cost Summary | TGE00882801 |
| 311 | Spreadsheet of Current K-code analysis | TGE00882798 |
| 312 | Spreadsheet of Current pay rule | TGE00882785 |
| 313 | Spreadsheet of updated employee information for Finney County | FINNEY000230 |
| 314 | Spreadsheet re  Department location, name and status for safety changing times | T02268 |
| 315 | Compilation of Supervisors Daily Report produced by Tyson | |
| 316 | Compilation of Team History of Discipline produced by Tyson | |
| 317 | Video - The Employee guide to Equipment Part 2 | E02128392 |
| 318 | Videotape - Employee Guide to Equipment Parts I & IV | TG-0008555 |
| 319 | Videotape - Employee Guide to Equipment Parts I & IV | TG-0000405 |
| 320 | Videotape - Finney County Slaughter | TG-0008554 |
| 321 | Videotape - Finney County Slaughter | TG-0000403 |
| 322 | Videotape - Finney County Walk - Pre/Post Shift | TG-0008552 |
| 323 | Videotape - Garden City Wage & Hour 2 | TG-0008549 |
| 324 | Videotape - Garden City Wage and Hour | TG-0008548 |
| 325 | Videotape - IBP Pork and Beef Plant Tour | TG-0008550 |
| 326 | Videotape - IBP video | TG-0008551 |
| 327 | Videotape - Opening Statement Video #1 | TG-0008547 |
| 328 | Videotape - Wage and Hour Video Beef Version | TG-0008553 |
| 329 | Compilation of W&H Audit produced by Tyson | T01000 |
| 330 | Wage Index | TGE00142850 |
| 331 | Injunction dated 7/30/96 in Reich vs. IBP, Inc. | TG0000742 |
| 332 | Subpoena issued to Paul Karkiainen | |

| 333 | Exemplar of Large Defender Glove | Finney |
| 334 | Exemplar of White Cut Resistant Sleeve | Finney |
| 335 | Exemplar of Clip on style Ear Muffs | Finney |
| 336 | Exemplar of Ultra Mesh Glove - large | Finney |
| 337 | Exemplar of Split Apron (30 x 22) | Finney |
| 338 | Exemplar of SS Mesh Apron | Finney |
| 339 | Exemplar of Leather Belt | Finney |
| 340 | Exemplar of Double Mesh Sleeve | Finney |
| 341 | Exemplar of 2 piece rain suit | Finney |
| 342 | Exemplar of White Frock Medium | Finney |
| 343 | Exemplar of Short Arm Guard | Finney |
| 344 | Exemplar of White Hair Net | Finney |
| 345 | Exemplar of Premier Tingley Boot Size | Finney |
| 346 | Exemplar of Yellow Apron | Finney |
| 347 | Exemplar of White Helmet | Finney |
| 348 | Exemplar of White Handle Steel | Finney |
| 349 | Exemplar of Foam ear plugs | Finney |
| 350 | Exemplar of T-shirt Mesh | Finney |
| 351 | Exemplar of Yellow Rubber Sleeve | Finney |
| 352 | Exemplar of Green Rubber Gloves | Finney |
| 353 | Exemplar of Skinner Operator Gloves | Finney |
| 354 | Exemplar of Knive Scabbard | Finney |
| 355 | Exemplar of Hook | Finney |
| 356 | Exemplar of Large Hook | Finney |

| 357 | Exemplar of Orange Handle Steel | Finney |
|-----|--------------------------------|--------|
| 358 | Exemplar of Black Handle Steel | Finney |
| 359 | Exemplar of Back Support Belt | Finney |
| 360 | Exemplar of Whizzard Steel | Finney |
| 361 | Exemplar of Safety Glasses | Finney |
| 362 | Exemplar of White Beard Net | Finney |
| 363 | Exemplar of Saw Operator Gloves | Finney |
| 364 | Exemplar of Ergo Steel | Finney |
| 365 | Exemplar of Apron Straps | Finney |
| 366 | Exemplar of Scabbard Protector | Finney |
| 367 | Exemplar of Maroon Apron | Finney |
| 368 | Exemplar of White Pants | Finney |
| 369 | Exemplar of White Shirt | Finney |
| 370 | Exemplar of Shin Protector | Finney |
| 371 | Exemplar of Large Defender Glove | Finney |
| 372 | Exemplar of Face Mask | Finney |
| 373 | Exemplar of Fall Protection Harness | Finney |
| 374 | Exemplar of Hook | Finney |
| 375 | Exemplar of Long Scabbard | Finney |
| 376 | Exemplar of Rain Suit | Finney |
| 377 | Exemplar of Long Hook | Finney |
| 378 | Exemplar of Scissors | Finney |
| 379 | Exemplar of Knocker Chest Protector | Finney |
| 380 | Class List produced by Tyson | |

| 381 | Expert Report of Robert Radwin | |
| 382 | Rebuttal Report of Robert Radwin | |
| 383 | Resume of Robert Radwin | |
| 384 | All tables listed in the Report of Robert Radwin | |
| 385 | All videos produced by Robert Radwin | |
| 386 | All MVTA summaries created by Robert Radwin | |
| 387 | All data summaries created by Robert Radwin | |
| 388 | All data files created by Robert Radwin | |
| 389 | All hard drives and CDs/DVDs produced by Robert Radwin | |
| 390 | Expert Report of Scott Baggett | |
| 391 | Forthcoming Supplemental Report of Scott Baggett | |
| 392 | Resume of Scott Baggett | |
| 393 | DVD of Tyson Payroll Data Used by Scott Baggett | |
| 394 | All tables listed in the Reports of Scott Baggett | |
| 395 | All data files created by Scott Baggett | |
| 396 | All CDs/DVDs produced by Scott Baggett | |
| 397 | All data summaries created by Scott Baggett | |
| 398 | Data summary chart incorporating times of Paul Adams into job categories | |
| 399 | Defendant's Response to Interrogatory No. 5 chart of protective equipment | |
| 400 | Defendant's First Set of Interrogatory Responses | |
| 401 | Defendant's Second Set of Interrogatory Responses | |
| 402 | Defendant's Third Set of Interrogatory Responses | |
| 403 | Defendant's Response to Plaintiffs' Request for Admission | |

| 404 | Tyson's Exhibit A to Objections and Responses to Plaintiffs' First Set of Request for Admission | |
| 405 | Defendant's First Set of Document Responses | |
| 406 | Defendant's Second Set of Document Responses | |
| 407 | Defendant's Third Set of Document Responses | |
| 408 | Defendant's Fourth Set of Document Responses | |
| 409 | Defendant's Fifth Set of Document Responses | |
| 410 | Defendant's Privilege Logs | |
| 411 | Tyson's Supplemental Privilege Log for ESI and Documents from Finney and Emporia 11/18/10 | |
| 412 | Defendant's Answer to Amended Complaint | |
| 413 | CD of Finney Payroll/Punch data | |
| 414 | Tyson's website | |
| 415 | Tyson's annual reports from 2003 – 2010 | |
| 416 | Tyson's SEC 10-k filings from 2003-2010 | |
| 417 | All Exhibits listed on Plaintiffs' Preliminary Exhibit List | |
| 418 | Demonstrative and/or summary exhibits | |
| 419 | Documents used for impeachment or rebuttal | |
| 420 | Documents listed on Defendants' Exhibit List | |
| 421 | Unlisted exhibits that are made necessary by future developments that Plaintiffs could not reasonably acetate | |
| 422 | All pleadings, filings and any document attached to any filings in this case | |

Respectfully Submitted,

**STUEVE SIEGEL HANSON LLP**

/s/ Eric L. Dirks
George A. Hanson        KS Bar #16805
hanson@stuevesiegel.com
Eric L. Dirks              D. Kan. Bar #77996
dirks@stuevesiegel.com
Lee R. Anderson         KS Bar #22755
anderson@stuevesiegel.com
460 Nichols Rd., Ste. 200
Kansas City, Missouri 64112
PH:     816-714-7100
FAX:  816-714-7101

**OUTTEN & GOLDEN LLP**

Adam T. Klein (admitted *pro hac vice*)
Email:  ATK@outtengolden.com
Justin M. Swartz (admitted *pro hac vice*)
Email:  JSM@outtengolden.com
3 Park Avenue, 29th Floor
New York, New York 10016
PH:     212-245-1000
FAX:  212-977-4005

**ATTORNEYS FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 15, 2011, I electronically filed the foregoing with the clerk of court using the CM/ECF system which will send a notice of the electronic filing to all counsel of record.

/s/ Eric L. Dirks
An Attorney for Plaintiffs

.