## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ADELINA GARCIA, ANTONIO GARCIA, and JERONIMO VARGAS-VERA, individually, and on behalf of a class of others similarly situated<br>Plaintiffs,<br>v.<br><br>TYSON FOODS, INC., and TYSON FRESH MEATS, INC.,<br>Defendants. | Case No.  06-2198-JWL/DJW |

## PLAINTIFFS' OBJECTIONS TO DEFENDANTS' AMENDED TRIAL WITNESS LIST RELATING TO THE FINNEY COUNTY PLANT

Plaintiffs do not hereby waive their ability to make objections to any specific testimony Tyson seeks to adduce from these witnesses or their ability to object under FRE 402, 403 (including relevancy, cumulativeness and waste of time).

| Witnesses Defendants Expect to Call | Objections |
|---|---|
| Paul Karkiainen | |
| Lonny Jepsen | |
| Monty Hahn | |
| Orlando Kinney | |
| Tami McIntyre | |
| Nicole Strasser | |
| Sulita Rodriguez | |
| Mitch Young | |
| Kenneth Kimbro | |
| Paul Adams | |
| Peter Nickerson | Objection.  Tyson's description of Dr. Nickerson's testimony on its trial witness list states he will be called to testify in response to Plaintiffs' expert damages witness, but the Court has already specifically ruled that Dr. Nickerson may not testify as an expert in this case.  (Doc. 963.)  Tyson's trial witness list also states Dr. Nickerson is being called to testify about which workers and job positions fit the Court's class definition, but these are legal or expert determinations about which Dr. Nickerson may not testify. |

|  | Additionally, Tyson's trial witness list states Dr. Nickerson will testify regarding the time elapsed between workers' time-card punch-in and the start of their paid time.  This is in the purview of expert testimony and the Court has excluded expert testimony.  The study was also not disclosed to Plaintiffs and they would be prejudiced by Tyson's failure to disclose or issue an expert report.  For the all these reasons, there is no portion of Dr. Nickerson's proposed testimony that is admissible. |
|---|---|

| Witnesses Defendants May to Call | Objections |
|---|---|
| Dan Brooks | |
| Ronda Litras | |
| Sharon Aldana | |
| Dan Boetel | |
| Juan Carrera | |
| Sylvia Cohn | |
| Keith Conley | |
| Norma Davora | |
| Thomas DeLeon | |
| Suzi Fletcher | |
| Gabriel Galindo | |
| Vincent Garcia | |
| Jose Godinez | |
| Olivia Gonzalez | |
| Garrett Headrick | |
| Chilko Lacy | |
| Jeremy Lucas | |
| Moses Martinez | |
| Dale Masters | |
| Tammy Morris | |
| Jason Poole | |
| Genaro Saenz | |
| Jesus "Jesse" Salazar | |
| Pat Sanders | |
| Billy Boi Segmany | |
| Patsy Soto | |
| Elizabeth Stahlecker | |
| Abraham Villegas-Figuero | |
| Veronica Garcia | |
| Sheila Hagen | Objection.  *See* Plaintiffs' Motion *in limine* (Doc. 986 at 7-8) |

| Jeff Fernandez | Objection. *See* Plaintiffs' Motion *in limine* (Doc. 986 at 6, 7-8). |
|---|---|
| Peter Malishka | Objection.  Mr. Malishka has not been disclosed by Tyson on any Rule 26(a) disclosure, and has not been disclosed as an expert pursuant to the expert disclosure rules.  Mr. Malishka is an economist who is neither a party nor an agent of a party to this litigation.  Mr. Malishka's proposed testimony, as described in Tyson's trial witness list, reveals that he is being offered as an expert damages witness to rebut the testimony of Plaintiffs' expert Dr. Baggett.  Tyson may not evade the expert disclosure requirements of Rule 26.<br><br>Moreover, Tyson's description of Mr. Malishka's testimony on Tyson's trial witness list states he will be called to testify in response to Plaintiffs' expert damages witness, but the Court has already ruled that Mr. Malishka's superior, Dr. Nickerson, may not testify as an expert in this case.  (Doc. 963.)  Tyson's trial witness list also states Mr. Malishka is being called to testify about which workers and job positions fit the Court's class definition, but these are legal determinations about which Mr. Malishka may not testify.<br><br>Additionally, Tyson's trial witness list states Mr. Malishka will testify regarding the time elapsed between workers' time-card punch-in and the start of their paid time.  This is in the purview of expert testimony and the Court has excluded expert testimony.  The study was also not disclosed to Plaintiffs and they would be prejudiced by Tyson's failure to disclose or issue an expert report.  For the all these reasons, there is no portion of Mr. Malishka proposed testimony that is admissible. |
| John Collman | |
| Brian Greiser | |
| Michael Lau | |
| Luke Raymond | |
| Roberto Aguilar | |
| Greg Baptiste | |
| Gildordo Barragan | |

| Larry Burks | |
|---|---|
| Robert Cano | |
| Hugo Castruita | |
| Adelina Garcia | |
| Antonio Garcia | |
| Adrian Hernandez | |
| Raul Hernandez | |
| Maria Luisa Herrera | |
| Earl Horton | |
| Barbaro Mendoza | |
| Blanca Vasquez Salmeron | |
| Patrick Smith | |
| Veronica Urbina | |
| Jeronimo Vargas Vera | |
| Fabian Villatoro | |

**GARCIA & ANTOSH LLP**
Peter J. Antosh   KS Bar #21334
pja22@yahoo.com
1401 Central Ave.
Dodge City, KS 67801
PH:   620-225-7400
FAX: 620-225-4339

**OUTTEN & GOLDEN LLP**
Adam T. Klein (admitted pro hac vice)
ATK@outtengolden.com
Justin M. Swartz (admitted pro hac vice)
JSM@outtengolden.com
3 Park Avenue, 29th Floor
New York, New York 10016
PH:   212-245-1000
FAX: 212-977-4005

Respectfully Submitted,
**STUEVE SIEGEL HANSON LLP**

/s/ George A. Hanson
George A. Hanson     KS Bar #16805
hanson@stuevesiegel.com
Eric L. Dirks           D. Kan. Bar #77996
dirks@stuevesiegel.com
Lee R. Anderson     KS Bar #22755
anderson@stuevesiegel.com
460 Nichols Rd., Ste. 200
Kansas City, Missouri 64112
PH:   816-714-7100
FAX: 816-714-7101
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2011, I electronically filed the foregoing with the clerk of court using the CM/ECF system which will send a notice of the electronic filing to all counsel of record.

/s/ George A. Hanson
An Attorney for Plaintiffs