IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ADELINA GARCIA, ET. AL.,

    Plaintiffs,

vs.                        Case No. 06-2198-JTM

TYSON FOODS, INC. ET. AL.,

    Defendants.

ORDER ON DEPOSITION OBJECTIONS

The court makes the following rulings on the parties' objections to deposition testimony. In this document, "S" is "sustained" and "OR" is overruled. Where a designation and ruling are in bold italics, it denotes that the objection was to a section of the deposition not designated by either party.

| **Kenneth Kimbro** | | **Hahn** cont'd | | **Jepsen** cont'd | |
|---|---|---|---|---|---|
| 4:16-19 | OR | 69:4-70:15 | OR | 69:4-8 | OR |
| 36:10 | S | 78:4-10 | OR | 74:21-24 | OR |
| 44:3-11 | S | 78:18-24 | S | 79:17-21 | OR |
| 45:2-8 | S | 79:3-7 | OR | 83:11-15 | OR |
| 49:17-50:3 | OR | | | 85:11-19 | OR |
| 53:5-9 | OR | **Lonny Jepsen** | | 92:14-93:17 | OR |
| 54:8-11 | OR | 24:6-9 | OR | 94:13-23 | OR |
| 59:10-13 | OR | 28:6-12 | S | 97:14-18 | OR |
| 70:6-9 | OR | 28:23-29:5 | S | 102:16-20 | OR |
| | | 32:14-17 | S | 105:15-20 | OR |
| **Monty Hahn** | | 35:23-36:1 | S | 108:4-6 | OR |
| 15:12-16 | OR | 41:8-11 | S | 110:14-16 | OR |
| 15:24-16:1 | OR | 51:21-22 | OR | 111:24112:1 | OR |
| 18:24-25 | S | 52:21 | OR | 115:17-19 | OR |
| 34:8 | OR | 57:2 | OR | 117:12-118:5 | OR |
| 34:19-21 | OR | 57:21-58:5 | S | 123:4-5 | S |
| 35:1-5 | OR | 58:9-11 | OR | 123:7-11 | S |
| 59:8-10 | OR | 63:19-20 | OR | 124:3-4 | OR |
| 63:24-25 | OR | 67:12-14 | OR | 124:16-20 | OR |

**Jepsen** cont'd

| | | | | | |
|---|---|---|---|---|---|
| 125:21-23 | OR | | | | |
| 127:9-129:10 | OR | **Paul Adams** | | | |
| 131:10-11 | OR | 16:15-18 | OR | **Antonio Garcia** | |
| 133:5-9 | OR | 24:13-15 | OR | 12:10-20 | OR |
| 135:16-21 | OR | 60:13-17 | OR | 23:22-24:12 | OR |
| 136:16-20 | OR | ***102:3-18*** | ***OR*** | 95:20-96:19 | OR |
| 139:4-11 | S | | | 97:18-21 | OR |
| 139:20-140:15 | S | | | 99:3-8 | OR |
| 141:3-5 | OR | | | 137:21-22 | S |
| 142:3-7 | S | | | 137:24-25 | S |
| 146:21-147:2 | OR | | | | |
| 159:9-11 | OR | | | | |
| 159:22-160:2 | OR | **Adelina Garcia** | | | |
| 166:20-24 | OR | 27:12-17 | OR | **Jeromino Vargas Vega** | |
| 192:4-7 | OR | 56:1 | OR | 11:8-11 | OR |
| 195:5-9 | OR | 60:2-63:4 | OR | 12:1-5 | OR |
| 197:18-22 | OR | 63:24-65:2 | OR | 93:3-11 | OR |
| 198:1-12 | OR | 65:9 | OR | 94:2-11 | OR |
| 200:14-15 | OR | 65:21-67:24 | OR | 95:22-96:11 | OR |
| 202:16-18 | OR | 72:16-17 | OR | 101:6-11 | OR |
| 204:7-9 | OR | 72:19 | OR | 102:14-103:1 | OR |
| 209:18-20 | OR | 81:20-82:8 | OR | 152:19-153:7 | OR |
| 212:13-14 | OR | 83:3-7 | OR | 153:12-19 | OR |
| 213:24-214:1 | OR | 85:19-86:20 | OR | | |
| 214:5-8 | OR | 89:19-90:25 | OR | | |
| 221:7-10 | OR | 91:16-92:4 | OR | | |
| 221:17-20 | OR | 96:16-19 | OR | | |
| 222:3-5 | OR | | | | |
| 223:14 | OR | | | | |
| 236:24-25 | OR | | | | |
| 237:14 | OR | | | | |
| 248:18-19 | OR | | | | |

The court is emailing this order to counsel on Sunday, February 27, 2011, and the court will file the order with the Clerk of the United States District Court for the District of Kansas on Monday, February 28, 2011.

SO ORDERED this 27th day of February, 2011.

J. Thomas Marten<br>
J. THOMAS MARTEN, JUDGE