ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED

MAR 16 2011

Clerk, U.S. District Court
By:_____ Deputy Clerk

ADELINA GARCIA, ET. AL.,

    Plaintiffs,

vs.   Case No. 06-2198-JTM

TYSON FOODS, INC. ET. AL.,

    Defendants.

## VERDICT

We, the jury, impaneled and sworn in the above entitled case, upon our oaths, do make the following answers to the questions propounded by the court:

1. Have plaintiffs proved by a preponderance of the evidence that Tyson failed to compensate them for time spent during the continuous workday for pre- and post-shift activities?

    Yes: X      No: ___

2. Have plaintiffs proved by a preponderance of the evidence that the rest period is compensable?

    Yes: ___      No: X

(If you answered "no" to *both* Questions 1 and 2, please stop, sign, and return the verdict form. If you answered "yes" to *either* or *both* Questions 1 or 2, please answer Question 3.)

3. Have defendants proved by a preponderance of the evidence that plaintiffs' donning and doffing activities and walking time is *de minimis*.

    Yes: ___      No: X

1

(If you answered "yes" to this Question, please stop, sign, and return the verdict form. If you answered "no" to this Question, please answer the remaining questions.)

4. Have plaintiffs proved by a preponderance of the evidence that defendants willfully violated the FLSA?

   Yes: **X**       No: _____

5A. Have plaintiffs proved by a preponderance of the evidence that Tyson violated the KWPA?

   Yes: **X**       No: _____

5B. If you find that Tyson violated the KWPA, have plaintiffs proved by a preponderance of the evidence that Tyson violated the KWPA willfully?

   Yes: _____       No: **X**

6. If you found that Tyson willfully violated the FLSA, you must assess FLSA damages based on a 3 year limitations period. If you found that Tyson did not willfully violate the FLSA, you must assess FLSA damages based on a 2 year limitations period. How much does Tyson owe for FLSA pre- and post-shift activities?

   $: **166,345**

7. How much does Tyson owe for rest breaks under the FLSA?

   $: **— 0 —**

8. How much does Tyson owe for KWPA pre- and post-shift activities?

   $: **336,666**

9. How much does Tyson owe for rest breaks under the KWPA?

   $: **— 0 —**

___3/16/2011___                 ▮▮▮▮▮▮▮▮▮▮
Date                              Presiding Juror

2