IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

A<small>DELINA</small> G<small>ARCIA</small>, <small>ET. AL.</small>,

    Plaintiffs,

vs.                                               Case No. 06-2198-JTM

T<small>YSON</small> F<small>OODS</small>, I<small>NC</small>. <small>ET. AL.</small>,

    Defendants.

ORDER

On February 25, 2011, this court held an in limine conference in this case. The matter proceeded to trial beginning on March 1, 2011, and concluding on March 16. For the reasons stated on the record at the hearing and at trial, the court denied in part and granted in part, the parties' Motions in Limine (Dkt. Nos. 986 & 987).

The court also denies as moot plaintiffs' Redacted Motion to Strike Regarding Defendants' Expert Witnesses (Dkt. No. 877) and Sealed Motion to Strike regarding Defendants' Expert Witnesses (Dkt. No. 899).

SO ORDERED this 18th day of March 2011.

                                                      s/ J. Thomas Marten
                                                      J. THOMAS MARTEN, JUDGE